# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ESTUDILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; WAYNE GOSSETT FORD, INC., dba ENCINITAS FORD, a corporation, and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01368-AB (FFMx)<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Andre Birotte, Jr.<br><br>Complaint Filed: February 9, 2016<br>Trial Date: None Set |

On May 21, 2018, Plaintiff RUBEN ESTUDILLO along with Defendant FORD MOTOR COMPANY entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: May 24, 2018

ANDRÉ BIROTTE JR.
United States District Court Judge
Central District of California